Robert B. Zelms, Arizona Bar No. 018956
 *rbz@manningllp.com*
Bree G. Brydenthal, Arizona Bar No. 035671
 *bgb@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
3636 North Central Avenue, 11th Floor
Phoenix, Arizona 85012
Telephone: (602) 313-5469
Fax:  (602) 313-5499
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Moreno Freight LLC, an Arizona limited liability company, | Civil Action No.: |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Pennsylvania Manufacturers Association Insurance Company, | (Arizona Superior Court, Maricopa County Case No.: CV2019-095985) |
| Defendant. | |

Pursuant to 28 U.S.C. §§1332(a), 1441(a), 1446 and the applicable Local Rules of the District of Arizona, Pennsylvania Manufacturers Association Insurance Company ("Defendant" or "PMA"), hereby removes the above-captioned civil action from the Superior Court in and for Maricopa County, State of Arizona, to the United States District Court for the District of Arizona.  In support thereof, Defendant states as follows:

1. On or about December 16, 2019, Plaintiff Moreno Freight, LLC ("Plaintiff"), filed a Complaint in the Superior Court in and for Maricopa County, State of Arizona, against

1 Defendant. Defendant waived service of the Summons and Complaint on or about January 23, 2020. Defendant filed its Answer on February 18, 2020.

2. In accordance with the procedure set forth in 28 U.S.C. §1446(a), a copy of the Complaint served upon Defendant in the state court action is attached hereto as **Exhibit A**. Defendant's Answer is being filed in this Court and is submitted hereto as **Exhibit B**.

3. This Notice of Removal is timely filed in accordance with 28 U.S.C. §§1441(b) and 1446.

4. Plaintiff is a limited liability company who claims to do business in the State of Arizona with its principal place of business in Maricopa County, Arizona. (Complaint, ¶1).

5. Defendant is an insurance company domiciled in the State of Pennsylvania.

6. Therefore, for purposes of removal jurisdiction, Plaintiff is a citizen of Arizona and Defendant is a citizen of Pennsylvania. Thus, complete diversity of citizenship exists between Plaintiff and Defendant.

7. Plaintiff's Complaint alleges that Plaintiff sustained losses totaling $712,905.95 **Exhibit A.**

8. As authorized by 28 U.S.C. §1441, removal is based on the district court's original jurisdiction under 28 U.S.C. §1332, because diversity of citizenship between the parties exist and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00) not including interest and attorneys' fees.

9. The undersigned has served the notice of the removal of this action on Plaintiff by serving Plaintiff's counsel with this notice of removal and by filing a copy of this notice of removal with the Superior Court in and for Maricopa County, Arizona.

10. True copies of all process, pleadings and orders which have been served or filed in this case are attached hereto and filed herewith as **Exhibit C.**

11. As this action asserts a claim between diverse parties for an amount greater than the jurisdictional threshold, the requirements of 28 U.S.C. §1332 have been satisfied and removal to this Court is proper.

**WHEREFORE**, Defendant respectfully requests that this case be entered upon the docket of the United States District Court for the District of Arizona, pursuant to 28 U.S.C. §§1441 and 1446.

RESPECTFULLY SUBMITTED this 24th day of February, 2020.

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By: */s/ Robert B. Zelms*
Robert B. Zelms, Esq.
Bree G. Brydenthal, Esq.
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2020, I electronically filed the foregoing, using the CM/ECF system, which served the following CM/ECF participant:

Joel L. Herz
LAW OFFICES OF JOEL L. HERZ
3573 East Sunrise Drive, Suite 215
Tucson, AZ  85718
joel@joelherz.com
*Attorneys for Plaintiff*

*/s/ Lupe Alabado*