# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Moreno Freight LLC, | No. CV-20-00398-PHX-SMB |
| Plaintiff, | **ORDER** |
| v. | |
| Pennsylvania Manufacturers Association Insurance Company, | |
| Defendant. | |

Plaintiff Moreno Freight LLC having filed its Motion for Remand pursuant to 28 USC § 1447(c), and the Defendant having no objection,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Remand (Doc. 12) is granted and this case is remanded back to the Superior Court, County of Maricopa.

Dated this 3rd day of March, 2020.

_____
Honorable Susan M. Brnovich
United States District Judge